UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT AND PEPPER CLOTHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> M COLLECTION GROUP, INC., <br><br> Defendant. | CASE NO. 2:18-cv-04210-ODW (SKx) <br><br> **STIPULATED FINAL JUDGMENT** <br><br> The Honorable Otis D. Wright II |

On July 5, 2019 the parties filed a Stipulated Final Judgment stating that the parties have entered into a settlement agreement that provides, among other things, for the mutual release of claims, entry of judgment against Defendants in the amount of $25,000. (ECF No. 24.) Given that the parties did not indicate whether dismissal was with or without prejudice, the Court concludes that dismissal is without prejudice.

The Court, having considered the parties' Stipulation for Entry of Judgment, hereby finds good cause and **GRANTS** the parties' request.

Accordingly**, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Judgment in the amount of $25,000 is entered in favor of Plaintiff Salt and Pepper Clothing, Inc. and against Defendant M Collection Group, Inc.
2. The parties shall pay their own legal fees and costs incurred in connection with this action.
3. The parties waive any rights to appeal the Stipulated Final Judgment.
4. This Court shall retain continuing jurisdiction over the parties to enforce the Stipulated Final Judgment.
5. The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

Dated: July 8, 2019

The Honorable Otis D. Wright II
United States District Judge